# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 23-CR-00016-KD |
| MARISHA ELAINE WILLIAMS | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (doc. 25) and without any objection having been filed, Defendant Marisha Elaine Williams' plea of guilty to Count 1 of the Indictment is accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **June 16, 2023 at 10:00 a.m. Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this the 7th day of April 2023.

                                                s/Kristi  K. DuBOSE  
                                                KRISTI K. DuBOSE  
                                                UNITED STATES DISTRICT JUDGE